**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| ALLEN COLEMAN, | § § § | |
| Plaintiff, | § § | Case No. 1:23-CV-00226-MJT |
| v. | § § | |
| PROSPECT PARTNERS, LLC AND SILVERMAN CONSULTING | § § § § | |
| Defendants. | § § | |

**NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Allen Coleman, and Defendant, Silverman Consulting (the only remaining defendant) respectfully announce to the Court that the parties have reached a settlement agreement with regard to the above-styled cause of action. The parties respectfully request one-hundred twenty (120) days from this date to allow the parties to finalize all settlement documents as the settlement of this case is interrelated with the settlement of a Texas State Court MDL Action. Once this issue is resolved and settlement documents are executed, the parties will submit a Stipulation of Dismissal of all claims by Plaintiff, Allen Coleman, against Defendant, Silverman Consulting. Accordingly, Plaintiff, Allen Coleman, against Defendant, Silverman Consulting, request that the Court vacate all deadlines set forth in the Court's Scheduling order executed on July 29, 2024. (DOC 47)

Respectfully submitted,

THE FERGUSON LAW FIRM, LLP

By:  */s/ Timothy M. Ferguson*
Mark Sparks
State Bar No. 2400273
mark@thefergusonlawfirm.com
Timothy M. Ferguson
State Bar No. 24099479
tferguson@thefergusonlawfirm.com
3155 Executive Blvd.
Beaumont, Texas 77701
Telephone:  (409) 832-9700
Facsimile:  (409) 832-9708

**ATTORNEYS FOR PLAINTIFF**


MEHAFFYWEBER, P.C.

By:  */s/Blake Hamm*
Michele Y. Smith
State Bar No. 00785296
Blake Hamm
State Bar No. 24069869
William Thorne
State Bar No. 24102569
2615 Calder Ave., Ste. 800
Beaumont, Texas 77704
Telephone:  (409) 835-5011
Facsimile:  (409) 835-5729
michelesmith@mehaffyweber.com
blakehamm@mehaffyweber.com
williamthorne@mehaffyweber.com

**ATTORNEYS FOR SILVERMAN CONSULTING**

2

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record on February 25, 2025, pursuant to the Federal Rules of Civil Procedure.

                              By: */s/Blake Hamm*
                                   Blake Hamm