IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ALLEN COLEMAN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-00226 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| SILVERMAN CONSULTING, INC., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ON CLOSING DOCUMENTS

Before the Court is the Parties' Notice of Settlement. [Dkt. 57]. The Parties advise the Court that they have reached a settlement agreement in this matter.

It is therefore **ORDERED** that all Parties or their counsel shall submit to the Court all papers necessary for the closing of this case and its removal from the active docket of this Court on or before **June 25, 2025**. **If such papers are not received by the Court by the scheduled deadline, the Court may order dismissal of this action without further notice.** Within sixty (60) days of a dismissal order, any party may petition to have the case reinstated upon showing good cause as to why settlement was not in fact consummated.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**.

**SIGNED this 25th day of February, 2025.**

*[signature]*
Michael J. Truncale
United States District Judge