IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| ALLEN COLEMAN, § <br> § <br> *Plaintiff,* § <br> § <br> VS. § <br> § <br> SILVERMAN CONSULTING, INC., § <br> § <br> *Defendant.* § | CIVIL ACTION NO. 1:23-CV-00226 <br> JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

On February 25, 2025, the Court received the Parties' Notice of Settlement in this matter. [Dkt. 57]. Thereafter, the Court entered an Order on Closing Documents giving the Parties until June 25, 2025 to file all papers necessary for the closing of this case and its removal from the active docket of this Court. To date, no closing documents have been filed.

Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this file.

**SIGNED this 11th day of September, 2025.**

Michael J. Truncale
United States District Judge